JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEPHEN MORELAND REDD,

    Plaintiff,

  vs.

CALIFORNIA SUPREME COURT,

    Defendant.

Case No.: CV 16-1540-DMG

JUDGMENT

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order of Dismissal, filed on October 3, 2017, this matter is DISMISSED without prejudice to Plaintiff bringing these causes of action at a future date in a timely and properly filed habeas corpus petition.

    **IT IS SO ORDERED**.

DATED: October 3, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Judgment - 1